■ The People of the State of New York, Respondent, v David F. Robinson, Appellant. (Appeal No. 2.) [17 NYS3d 667]— Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered November 10, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Robinson* ([appeal No. 1] 132 AD3d 1407 [2015]). Present—Smith, J.P., Centra, Valentino, Whalen and DeJoseph, JJ.